tition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Edward L. Blackman* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Newton K. Fox* for respondent.

No. 663. WILSON & Co., INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Richard C. Winkler* and *Frank G. Anderson* for petitioners. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 548. ZAYATZ *v.* SOUTHERN RAILWAY Co. December 9, 1946. Petition for writ of certiorari to the Supreme Court of Alabama denied. MR. JUSTICE BLACK is of the opinion that the petition should be granted. *George C. Dyer* and *Chelsea O. Inman* for petitioner. *H. G. Hedrick, Sidney S. Alderman* and *S. R. Prince* for respondent.

No. 376. PATTERSON *v.* FLORIDA. December 9, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. *Walter A. Shelley* for petitioner.

No. 465. DAVIS *v.* SMYTH, SUPERINTENDENT. December 9, 1946. Petition for writ of certiorari to the